# Appendix 1.
# [None]