# Appendix 3.

# [All orders signed by the state judge]

7/25/2025 12:22:12 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 103595602
By: JACKSON, MONICA J
Filed: 7/25/2025 12:22:12 PM

**2025-52087 / Court: 190**

CAUSE NO. _____

| | | |
|---|---|---|
| CITY OF BAYTOWN, TEXAS, | § § § | |
| *Plaintiff,* | § § | IN THE \_\_\_\_\_ JUDICIAL |
| v. | § § | DISTRICT COURT OF |
| | § § | HARRIS COUNTY, TEXAS |
| PEACEFUL SOLUTIONS LOGISTICS, PEACE GLOBAL LOGISTICS, LLC, BASIR AUTO SERVICES, LLC, and real Property located at 4701 Decker, Baytown, Texas (*in rem*), | § § § § § | |
| *Defendants.* | | |

*P-4*
*TRO ¼*
*CASO*

## TEMPORARY RESTRAINING ORDER

Having heard Plaintiff, the City of Baytown ("the City" or "Plaintiff"), Petition and Request for Temporary Restraining Order, the Court finds good cause to enter this Temporary Restraining Order. The Court further finds the following:

1. The City filed a verified Original Petition for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction.

2. **Defendants Peaceful Solutions Logistics, Peace Global Logistics, LLC, Bair Auto Services, LLC, and real property** located at 4701 Decker, Baytown, Texas (in rem) (more fully described as LT 1, BLK 1, Peaceful Solutions Logistics, LLC, 254, 347 square feet) ("the Property") are in violation of the 2014 City of Baytown Code of Ordinances, Appendix A, Section 2.09 of the Unified Development Code ("ULDC"), the 2025 City of Baytown Code of Ordinances, Chapter 111, Section 2.31 of the Unified Development Code ("ULDC"), City of Baytown Code of Ordinances, Chapter 18-91, Section (a) 111.1 of the 2015 International Building Code ("IBC") (collectively, "Governing Ordinances").

1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging.

~~3. The Property, and Defendants' actions and activities related to the Property, present a risk of imminent harm and irreparable injury to the public and to the Plaintiff.~~

4. ∧ *The Plaintiff is likely to show that* ~~T~~he Property and structure(s) on the Property are in violation of the Governing Ordinances and are occupied without valid certificates of occupancy.

5. ∧ *The Plaintiff is likely to show that* ~~T~~he violations referenced in paragraphs 2 through 4 also present a health and safety risk to the public at large.

~~6. The Property is located in a Light Industrial Zoning District, and the Defendant(s) use of the Property as a Junk or Salvage yard is not permitted in a Light Industrial Zoning District.~~

7. Defendants are using the Property is used to stockpile ~~wrecked~~ *used* vehicles ~~and junk~~ which, in turn, is polluting the water and soil.

~~8. Defendants are using the Property as a residence.~~

~~9. Defendants have performed work on the Property without going through the required permitting process.~~

10. Defendants are doing business without a Certificate of Occupancy.

11. If the compulsion of compliance with the Governing Ordinances is not granted immediately, the conditions on the Property represent a substantial danger of injury to persons or the property of others.

IT IS THERFORE ORDERED that Defendants PEACEFUL SOLUTIONS LOGISTICS, LLC, PEACE GLOBAL LOGISTICS, LLC, and BASIR AUTO SERVICES, LLC, and real property located at 4701 Decker, Baytown, Texas (more fully described as LT 1, BLK 1, Peaceful Solutions Logistics, LLC, 254, 347 square feet), and their agents and employees, including management companies, shall immediately:

(1) Cease and desist from operating a "Junk and/or Salvage yard" and failing to comply with the 2014 City of Baytown Code of Ordinances, Appendix A, Section 2.09 of the Unified Development Code, 2025 City of Baytown Code of Ordinances, Chapter 111, Section 2.31 of the Unified Development Code, and, Section (a) 111.1 of the 2015 International Building Code;

(2) Cease and desist from stockpiling, storing, warehousing, amassing, loading, accumulating, placing, or otherwise keeping ~~wrecked~~ *unusable* vehicles or junk on the Property;

(3) Cease and desist from polluting the water and soil, ~~and immediately remediate the Property;~~

(4) Cease and desist from using the Property as a residence;

(5) ~~Cease ALL operations, as any other use will require the City of Baytown's review under the normal permitting process. This prohibition includes, but is not limited to, warehousing and freight operations, and used or new auto sales;~~

(6) Cease ALL operations until such time Defendants receive, and comply with all required City, State, or Federal permits;

(7) Cease ALL operations until such time Defendants receive a Certificate of Occupancy from the City of Baytown.

IT IS FURTHER ORDERED that Defendant(s) appear before the Harris County District Court No. 190th on the 5 day of August, 2025 at 1:30 A./P.M. to show cause, if there is any, why a Temporary Injunction should not be granted pending trial on the merits of this case.

IT IS FURTHER ORDERED that the Clerk shall issue notice to Defendants, their agents, and their employees, including management companies, of the hearing on Plaintiff's Original Petition,

Request for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction should be made a temporary injunction pending a full trial on the merits.

In accordance with Section 135 of the Charter of the City of Baytown, Texas, *Williams v. City of Tom Bean*, 688 S.W.2d 618 (Tex.App.—Dallas 1985, no writ), *Corpus Christi Gas Co. v. City of Corpus* Christi, 46 F.2d 962 (5th Cir. 1931) cert. denied, 284 U.S. 636, 52 S.Ct. 19 (1931), and others, Plaintiff shall not be made to post a bond.

Signed this 28th day of July 2025 @ 11:45 am

_____
JUDGE PRESIDING

4

8/5/2025 9:40 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 103973481
By: Tammy Tolman
Filed: 8/5/2025 9:40 AM

CAUSE NO. 2025-52087

| | | |
|---|---|---|
| **CITY OF BAYTOWN** | § | IN THE 190TH JUDICIAL |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | DISTRICT COURT OF |
| | § | |
| **PEACEFUL SOLUTIONS LOGISTICS, PEACE GLOBAL LOGISTICS, LLC, BASIR AUTO SERVICES, LLC, and real Property located at 4701 Decker, Baytown, Texas (in rem),** | § | |
| | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

### ORDER GRANTING MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER

On this day, the Court has considered Plaintiff's Motion to Extend the Temporary Restraining Order (the "Motion"), any response, and argument, and is of the opinion that the Motion should be GRANTED. It is therefore,

ORDERED that Plaintiff's Motion to Extend the Temporary Restraining Order is GRANTED, and the current Temporary Restraining Order dated July 28, 2025, attached as Exhibit A, is extended for two (2) weeks, until August 19, 2025.

SIGNED on _____ 2025.

Signed: 8/5/2025   *[signature]*

_____
PRESIDING JUDGE

ACTIVE 713625747v2

Approved as to form and Entry requested:

**CITY OF BAYTOWN**

By: /s/ Scott Lemond
Scott Lemond
City Attorney
State Bar No. 00791097
Scott.Lemond@baytown.org
Kristin Holmes
State Bar No. 24053663
kristin.holmes@baytown.org
2401 Market Street
Baytown, Texas 77520
(281) 420 – 6508

**GREENBERG TRAURIG, LLP**

By: /s/ Roland Garcia
Roland Garcia
State Bar No. 07645250
garciar@gtlaw.com
1000 Louisiana Street, Suite 6700
Houston, TX 77002
Tel: 713.374.3500
Fax: 713.374.3505

**COUNSEL FOR THE CITY OF BAYTOWN**

Unofficial Copy Office of Marilyn Burgess District Clerk

CAUSE NO. 2025-52087

| | | |
|---|---|---|
| **CITY OF BAYTOWN, TEXAS,** § § | | |
| *Plaintiff*, § § | | IN THE 190th JUDICIAL |
| v. § § | | |
| § § | | DISTRICT COURT OF |
| **PEACEFUL SOLUTIONS LOGISTICS,** § | | |
| **PEACE GLOBAL LOGISTICS, LLC,** § | | HARRIS COUNTY, TEXAS |
| **BASIR AUTO SERVICES, LLC, and** § | | |
| **real Property located at 4701 Decker,** § | | |
| **Baytown, Texas (*in rem*),** § | | |
| *Defendants*. | | |

**FIRST AMENDED TEMPORARY RESTRAINING ORDER**

Having heard Plaintiff, the City of Baytown ("the City" or "Plaintiff"), Petition and Request for Temporary Restraining Order, the Court finds good cause to enter this Temporary Restraining Order. The Court further finds the following:

1. The City filed a verified Original Petition for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction. It was supplemented by an Affidavit of Martin Scribner supporting the facts for injunctive relief.

2. **Defendants Peaceful Solutions Logistics, Peace Global Logistics, LLC, Bair Auto Services, LLC, and real property** located at 4701 Decker, Baytown, Texas (in rem) (more fully described as LT 1, BLK 1, Peaceful Solutions Logistics, LLC, 254, 347 square feet) ("the Property") are in violation of the 2014 City of Baytown Code of Ordinances, Appendix A, Section 2.09 of the Unified Development Code ("ULDC"), the 2025 City of Baytown Code of Ordinances, Chapter 111, Section 2.31 of the Unified Development Code ("ULDC"), City of Baytown Code of Ordinances, Chapter 18-91, Section (a) 111.1 of the 2015 International Building Code ("IBC") (collectively, "Governing Ordinances").

3. The Plaintiff is likely to show that the Property and structure(s) on the Property are in violation of the Governing Ordinances and are occupied without valid certificates of occupancy.

4. The Plaintiff is likely to show that the violations referenced in paragraphs 2 through 4 also present a health and safety risk to the public at large.

5. Defendants are using the Property and it is used to stockpile used vehicles which, in turn, is polluting the water and soil.

6. Defendants are doing business without a Certificate of Occupancy.

7. If the compulsion of compliance with the Governing Ordinances is not granted immediately, the conditions on the Property represent a substantial danger of injury to persons or the property of others.

IT IS THERFORE ORDERED that Defendants PEACEFUL SOLUTIONS LOGISTICS, LLC, PEACE GLOBAL LOGISTICS, LLC, and BASIR AUTO SERVICES, LLC, and real property located at 4701 Decker, Baytown, Texas (more fully described as LT 1, BLK 1, Peaceful Solutions Logistics, LLC, 254, 347 square feet), and their agents and employees, including management companies, shall immediately:

(1) Cease and desist from operating a "Junk and/or Salvage yard" and failing to comply with the 2014 City of Baytown Code of Ordinances, Appendix A, Section 2.09 of the Unified Development Code, 2025 City of Baytown Code of Ordinances, Chapter 111, Section 2.31 of the Unified Development Code, and, Section (a) 111.1 of the 2015 International Building Code;

(2) Cease and desist from stockpiling, storing, warehousing, amassing, loading, accumulating, placing, or otherwise keeping unusable vehicles or junk on the Property;

(3) Cease and desist from polluting the water and soil;

(4) Cease and desist from using the Property as a residence;

(5) Cease ALL operations until such time Defendants receive, and comply with all required City, State, or Federal permits;

(6) Cease ALL operations until such time Defendants receive a Certificate of Occupancy from the City of Baytown.

IT IS FURTHER ORDERED that Defendant(s) appear before the 190th Judicial District Court of Harris County on the 29th day of August 2025 at 10:00 a.m. to show cause, if there is any reason, why a Temporary Injunction should not be granted pending trial on the merits of this case.

IT IS FURTHER ORDERED that the Clerk shall issue notice to Defendants, their agents, and their employees, including management companies, of the hearing on Plaintiff's Original Petition, Request for Temporary Restraining Order, Temporary Injunction, and Permanent Injunction should be made a temporary injunction pending a full trial on the merits.

In accordance with Section 135 of the Charter of the City of Baytown, Texas, *Williams v. City of Tom Bean*, 688 S.W.2d 618 (Tex.App.—Dallas 1985, no writ), *Corpus Christi Gas Co. v. City of Corpus* Christi, 46 F.2d 962 (5th Cir. 1931) cert. denied, 284 U.S. 636, 52 S.Ct. 19 (1931), and others, Plaintiff shall not be made to post a bond.

Signed this __ day of _____ 2025.

                                                                                     _____
                                                                                     JUDGE PRESIDING